THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN TRUCKING, INC.,<br><br>Defendant. | NO.   C13-1650RSL<br><br>ORDER OF DEFAULT JUDGMENT |

This matter comes before the Court on "Plaintiff's Motion for and Affidavit for Entry of Default Judgment" against Morgan Trucking, Inc. Dkt. # 7. Having reviewed the motion and the remainder of the record, the Court finds that judgment is appropriate as follows:

Certain amounts specified below are due the plaintiff by defendant related to defendant's employment of members of the bargaining unit represented by Local 378 (which later merged with Local 252), with which the defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the period June 2013 – September 2013: for unpaid contributions of $8,379.73, for liquidated damages of $1,675.95, for pre-judgment interest of $38.11, for attorneys' fees of $619.50, and for costs of $469.50; all for a total of $11,182.79.

The Clerk of Court is directed to enter judgment in accordance with this Order.

DATED this 1st day of November, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge